

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2014

No. 04-14-00611-CV

David Allan **EDWARDS**,
Appellant

v.

**DISTRICT ATTORNEY OF ATASCOSA COUNTY**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

This is an appeal from the trial court's order granting summary judgment against appellant.  On August 28, 2014, the trial court filed the clerk's record. On September 12, 2014, appellant filed a document indicating that he is indigent. *See* TEX. R. APP. P. 20.1(a)(2). On October 9, 2014, the trial court clerk filed a supplemental clerk's record.

On October 29, 2014, appellant filed a motion requesting the preparation of the reporter's record of the summary judgment hearing and an extension of time to file his brief. However, the reporter's record of a summary judgment hearing is unnecessary to the appeal of a summary judgment. *Rios v. Northwestern Steel and Wire Co.*, 974 S.W.2d 932, 937 (Tex. App.—Houston [14th Dist.] 1998, no pet.). We, therefore, DENY appellant's request for the preparation of the reporter's record. Appellant's brief is due on **December 10, 2014**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court